- 1 -

### MINUTES OF THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| GUARDIAN BELLS, LLC | v. | EBL ENTERPRISES, INC., et al. |
| THE HONORABLE H. RUSSEL HOLLAND | | CASE NO.   2:07-cv-1750-HRH |

| Deputy Clerk | Official Recorder |
|---|---|
| ----- | ----- |

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Upon stipulation of the parties (Docket No. 7) and for good cause shown,

IT IS ORDERED that defendants shall have to and including November 6, 2007, within which to answer or otherwise respond to the complaint in the above-referenced action.